# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAILA TUCKER, | § |
| | § |
| Plaintiff, | §   Civil Action No. 5:16-cv-01382-M |
| | § |
| v. | § |
| | § |
| FDS BANK, | § |
| | § |
| Defendant. | § |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: November 8, 2017

By: /s/ Rachel Rebecca Stevens
Rachel Rebecca Stevens, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
rstevens@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Rachel Rebecca Stevens, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Clayton D Ketter, Esq.
Phillips Murrah PC-101-OKC
101 N Robinson Ave , 13th Fl.
Oklahoma City, OK 73102
Phone: 405-606-4792
Fax: 405-235-4133
Email: cdketter@phillipsmurrah.com

Melvin R McVay , Jr, Esq.
Phillips Murrah PC-101-OKC
101 N Robinson Ave
13th Fl
Oklahoma City, OK 73102
405-235-4100
Fax: 405-235-4133
Email: mrmcvay@phillipsmurrah.com
Attorneys for Defendant

Dated: November 8, 2017          By: /s/ Rachel Rebecca Stevens
                                             Rachel Rebecca Stevens, Esq.
                                             Kimmel & Silverman, P.C.
                                             30 E. Butler Avenue
                                             Ambler, PA 19002
                                             Tel: 215-540-8888
                                             Fax: 215-540-8817
                                             rstevens@creditlaw.com