# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAILA TUCKER, § | |
| § | |
| Plaintiff, § | Civil Action No. 5:16-cv-01382-M |
| § | |
| v. § | |
| § | |
| CITIBANK, N.A., § | |
| § | |
| Defendant. § | |

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice of all claims in this matter and without cost to either party, thereby concluding this matter in its entirety.

*/s/ Clayton D Ketter*  
Melvin R. McVay, Jr. OBA No. 6096  
Clayton D. Ketter, OBA No. 30611  
PHILLIPS MURRAH P.C.  
Corporate Tower, 13th Floor  
101 North Robinson Avenue, 13th Floor  
Oklahoma City, OK  73102  
(405) 235-4100; (405) 235-4133 (fax)  
mrmcvay@phillipsmurrah.com  
cdketter@phillipsmurrah.com  
  Attorneys for the Defendant

Date: December 15, 2017

*/s/ Rachel Rebecca Stevens*  
Rachel Rebecca Stevens  
Kimmel & Silverman, P.C.  
30 East Butler Pike  
Ambler, PA 19002  
Phone: (215) 540-8888  
Fax: (877) 788-2864  
Email: teamkimmel@creditlaw.com  
Attorney for the Plaintiff

Date: December 15, 2017

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 12th day of December, 2017:

Clayton D Ketter, Esq.
Phillips Murrah PC-101-OKC
101 N Robinson Ave., 13th Fl
Oklahoma City, OK 73102
Phone: 405-606-4792
Fax: 405-235-4133
Email: cdketter@phillipsmurrah.com

Melvin R McVay , Jr., Esq.
Phillips Murrah PC-101-OKC
101 N Robinson Ave., 13th Fl
Oklahoma City, OK 73102
Phone: 405-235-4100
Fax: 405-235-4133
Email: mrmcvay@phillipsmurrah.com
Attorneys for Defendant

*/s/ Rachel Rebecca Stevens*
Rachel Rebecca Stevens
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff